**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Charles C. Roberts<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4736<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–20193–GLT

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles C. Roberts

5/17/23                                                            **By the court:** Gregory L Taddonio
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20193-GLT |
| Charles C. Roberts | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 17, 2023 | Form ID: 3180W | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles C. Roberts, 385 Prison Road, Waynesburg, PA 15370-8020 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14760842 | | Centre Collections, LTD, P.O. Box 360, Cumberland, MD 21501-0360 |
| 14810315 | + | Chessie Federal Credit Union, c/o Centre Collections, PO Box 360, Cumberland, MD 21501-0360 |
| 14760847 | + | Fidelity Properties, P.O. Box 2055, Alliance, OH 44601-0055 |
| 14773132 | + | Mary A. Roberts, 312 Parkview Koll, Carmichaels, PA 15320-1370 |
| 14760849 | + | Mary A. Roberts, 145 Rices Landing Road, Rices Landing, PA 15357-1104 |
| 14773131 | + | P.O. Box 14560, Lexington, KY 40512-4560 |
| 14760851 | | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza @ Suburban Station, 1617 John F. Kennedy Blvd.--Suite 1400, Philadelphia, PA 19103-1814 |
| 14760855 | + | University Health Associates, P.O. Box 776, Morgantown, WV 26507-0776 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 18 2023 03:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2023 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 18 2023 03:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2023 00:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | May 18 2023 03:47:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14760841 | | EDI: CAPITALONE.COM | May 18 2023 03:47:00 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14760843 | + | Email/Text: COLLECTIONS@CHESSIEFCU.ORG | May 18 2023 00:04:00 | Chessie Federal Credit Union, 141 Baltimore Street, Cumberland, MD 21502-2377 |
| 14760844 | + | EDI: CITICORP.COM | May 18 2023 03:47:00 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14760845 | | Email/PDF: creditonebknotifications@resurgent.com | May 18 2023 00:26:26 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14795592 | | EDI: DIRECTV.COM | May 18 2023 03:47:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14760846 | | Email/Text: bankrupt-adjdept@wesbanco.com | | |

Case 18-20193-GLT   Doc 68   Filed 05/19/23   Entered 05/20/23 00:26:40   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: May 17, 2023 | Form ID: 3180W | Total Noticed: 30 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | May 18 2023 00:04:00 | ESB Bank, 600 Lawrence Avenue, Ellwood City, PA 16117-1930 |
| 14760848 | | EDI: IRS.COM | May 18 2023 03:47:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14771030 | | EDI: AGFINANCE.COM | May 18 2023 03:47:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14760850 | | EDI: AGFINANCE.COM | May 18 2023 03:47:00 | One Main Financial, P.O. Box 3327, Evansville, IN 47732-3327 |
| 14803003 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 00:02:00 | PNC Bank, N.A., Attention: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH, 45342 |
| 14760852 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 00:02:00 | PNC Mortgage, P.O. Box 1820, Dayton, OH 45401-1820 |
| 14940910 | | EDI: PRA.COM | May 18 2023 03:47:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14802361 | | EDI: PRA.COM | May 18 2023 03:47:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14761520 | + | EDI: RECOVERYCORP.COM | May 18 2023 03:47:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14760853 | | EDI: CITICORP.COM | May 18 2023 03:47:00 | Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14760854 | + | EDI: LCITDAUTO | May 18 2023 03:47:00 | TD Auto Finance, P.O. Box 9223, Farmington Hills, MI 48333-9223 |
| 14799377 | + | Email/Text: bankrupt-adjdept@wesbanco.com | May 18 2023 00:04:00 | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling WV 26003-3565 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PNC BANK, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

**Name**            **Email Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 17, 2023 | Form ID: 3180W | Total Noticed: 30 |

Brian Nicholas
    on behalf of Creditor PNC BANK  N.A. bnicholas@kmllawgroup.com

Daniel R. White
    on behalf of Debtor Charles C. Roberts lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

James A. Prostko
    on behalf of Creditor PNC BANK  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com

Jerome B. Blank
    on behalf of Creditor PNC BANK  N.A. jblank@pincuslaw.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7