IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/17/23 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
CHARLES C. ROBERTS

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:18-20193

Chapter 13

Document No.: 59

ORDER OF COURT

AND NOW, this __17th__ day of __May__, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

ENTERED BY DEFAULT

BY THE COURT:

_____
jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Charles C. Roberts  
    Debtor

Case No. 18-20193-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: May 17, 2023      Form ID: pdf900      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles C. Roberts, 385 Prison Road, Waynesburg, PA 15370-8020 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14760842 | | Centre Collections, LTD, P.O. Box 360, Cumberland, MD 21501-0360 |
| 14810315 | + | Chessie Federal Credit Union, c/o Centre Collections, PO Box 360, Cumberland, MD 21501-0360 |
| 14760847 | + | Fidelity Properties, P.O. Box 2055, Alliance, OH 44601-0055 |
| 14773132 | + | Mary A. Roberts, 312 Parkview Koll, Carmichaels, PA 15320-1370 |
| 14760849 | + | Mary A. Roberts, 145 Rices Landing Road, Rices Landing, PA 15357-1104 |
| 14773131 | + | P.O. Box 14560, Lexington, KY 40512-4560 |
| 14760851 | | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza @ Suburban Station, 1617 John F. Kennedy Blvd.--Suite 1400, Philadelphia, PA 19103-1814 |
| 14760855 | + | University Health Associates, P.O. Box 776, Morgantown, WV 26507-0776 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2023 00:01:18 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14760841 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2023 00:13:52 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14760843 | + | Email/Text: COLLECTIONS@CHESSIEFCU.ORG | May 18 2023 00:04:00 | Chessie Federal Credit Union, 141 Baltimore Street, Cumberland, MD 21502-2377 |
| 14760844 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 00:14:39 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14760845 | | Email/PDF: creditonebknotifications@resurgent.com | May 18 2023 00:02:02 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14795592 | | Email/Text: G06041@att.com | May 18 2023 00:04:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14760846 | | Email/Text: bankrupt-adjdept@wesbanco.com | May 18 2023 00:04:00 | ESB Bank, 600 Lawrence Avenue, Ellwood City, PA 16117-1930 |
| 14760848 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 18 2023 00:03:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14771030 | | Email/PDF: cbp@onemainfinancial.com | May 18 2023 00:01:52 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14760850 | | Email/PDF: cbp@onemainfinancial.com | May 18 2023 00:14:28 | One Main Financial, P.O. Box 3327, Evansville, IN 47732-3327 |
| 14803003 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 00:02:00 | PNC Bank, N.A., Attention: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH, 45342 |
| 14760852 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2023 00:02:00 | PNC Mortgage, P.O. Box 1820, Dayton, OH |

Case 18-20193-GLT   Doc 69   Filed 05/19/23   Entered 05/20/23 00:26:40   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 14940910 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2023 00:01:17 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14802361 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2023 00:01:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14761520 | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2023 00:15:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14760853 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2023 00:14:47 | Sears, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 14760854 | + | Email/Text: jaxbanko@td.com | May 18 2023 00:02:00 | TD Auto Finance, P.O. Box 9223, Farmington Hills, MI 48333-9223 |
| 14799377 | + | Email/Text: bankrupt-adjdept@wesbanco.com | May 18 2023 00:04:00 | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling WV 26003-3565 |

(45401-1820 noted above)

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, N.A. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2023       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  N.A. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Charles C. Roberts lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| James A. Prostko | on behalf of Creditor PNC BANK  N.A. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor PNC BANK  N.A. jblank@pincuslaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2          User: auto          Page 3 of 3
Date Rcvd: May 17, 2023          Form ID: pdf900          Total Noticed: 28

Ronda J. Winnecour
         cmecf@chapter13trusteewdpa.com

TOTAL: 7